1
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID RAYMOND ANDREWS,**<br><br>Plaintiff,<br><br>v.<br><br>**M. C. WHITMAN, et al.,**<br><br>Defendants. | 06-CV-2447-LAB (NLS)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION** |

On August 21, 2007, Defendants California Department of Corrections and Rehabilitation, T. Ochoa, M. Whitman, C. Butler, S. Rutledge III, G. Janda, and W.C. Roberts applied *ex parte* for an extension of time to file objections to the Report and Recommendation. Plaintiff filed no objection to this application.

Good cause appearing, the time by which objections to the Report and Recommendation are required from these Defendants is hereby **EXTENDED** to September 20, 2007.

**IT IS SO ORDERED**

DATED: August 28, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge